UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
******************************
HEATHER LAMIRANDE

Plaintiff,

Civil Action No. 26-1003

v.

FRANK BISIGNANO
COMMISSIONER
OF SOCIAL SECURITY,

Defendant.
*******************************

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

This matter having been opened to the Court by JOHN SARCONE III, First Assistant United States Attorney for the Northern District of New York, and Kristina Cohn, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken, a new hearing will be offered, and a new decision will be issued; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 16th day of October, 2026 ;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Digitally signed by Mitchell J Katz
Date: 2026.10.16 08:06:32 -04'00'

Hon. Mitchell J. Katz
United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

Todd Blanche
United States Attorney General

John Sarcone, III
First Assistant United States Attorney

By: /s Kristina Cohn
Kristina Cohn
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone: 212-264-2179
Email: kristina.cohn@ssa.gov

AMDURSKY, PELKY LAW FIRM

/s Amy Chadwick
By: Amy Chadwick
Attorney for Plaintiff
26 East Oneida St.
Oswego, NY 13126
Phone: 315-343-6363
Email: achadwick@apfwlaw.com