UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

HEATHER LAMIRANDE,

Plaintiff,

-v- 26-CV-1003

FRANK BISIGNANO
Commissioner of Social Security,

Defendant.

---

**STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

**IT IS HEREBY STIPULATED** by and between Kristina Danielle Cohn, Special Assistant United States Attorney, for John Sarcone III, the First Assistant U.S. Attorney for the Northern District of New York, attorneys for the Defendant, Frank Bisgnano, Commissioner of Social Security, and Amy Chadwick, Esq., attorney for the Plaintiff, that the Defendant agrees to pay to the Plaintiff attorney fees in the amount of **$3,850.00** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

DATED: October 15, 2026

TODD BLANCHE
Attorney General

JOHN SARCONE III

First Assistant United States Attorney
Northern District of New York

BY: */s/ Kristina Danielle Cohn* ________________
Kristina Danielle Cohn
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone: 212-264-2179
Email: kristina.cohn@ssa.gov

BY: *s/ Amy Chadwick* ________________________
Amy Chadwick, Esq.
Amdursky, Pelky Law Firm
26 East Oneida Street
Oswego, NY 13126
315-343-6363
Fax: 315-343-0134
Email: achadwick@apfwlaw.com

**SO ORDERED:**

Mitchell J Katz Digitally signed by Mitchell J Katz
Date: 2026.10.16 08:05:41 -04'00'
______________________________
**HONORABLE MITCHELL J. KATZ**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** October 16, 2026